FILED IN OPEN COURT
ON 7/31/2017
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-CR-00084-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | STIPULATED JUDICIAL ORDER |
| v. ) | OF REMOVAL |
| ) | |
| RAYMUNDO BARRIOS-JIMENEZ ) | |

Upon the Application of the United States; upon the Factual Allegations in Support of Judicial Order of Removal; upon the statement and consent of RAYMUNDO BARRIOS-JIMENEZ ("defendant") and upon all prior proceedings and submissions in this matter; and full consideration having been given to the matter set forth herein, the Court finds:

1. The defendant is not a citizen or national of the United States.

2. The defendant is a native of Mexico and a citizen of Mexico.

3. The defendant initially entered the United States unlawfully at an unknown place and date.

4. At the time of sentencing in the instant criminal proceeding, the defendant will be convicted in the United States District Court, Eastern District of North Carolina, of the sole count of the Indictment, charging illegal reentry of a removed

1

alien, in violation of Title 8 United States Code, Section 1326(a).

5. The maximum term of imprisonment for a violation of Title 8, United States Code, Section 1326(a) is 2 years. Given that the defendant pleaded guilty pursuant to a plea agreement to the sole count of the Indictment on ___July 31, 2017,___ the maximum sentence faced by the defendant for having violated the sole count of the Indictment is 2 years' imprisonment.

6. The defendant is, and at sentencing will be, subject to removal from the United States as an alien who is a native and citizen of Mexico who entered the United States at an unknown place and date and who was not then admitted or paroled after inspection by an immigration officer, pursuant to 8 U.S.C. § 1182(a)(6)(A)(i)(section 212(a)(6)(A)(i) of the Immigration and Nationality Act ("INA")).

7. The defendant has waived his right to notice and a hearing under 8 U.S.C. § 1228(c) (section 238(c) of the INA).

8. The defendant has waived the opportunity to pursue any and all forms of relief and protection from removal.

WHEREFORE, IT IS HEREBY ORDERED, pursuant to 8 U.S.C. § 1228(c) (section 238(c) of the INA), that the defendant is ordered promptly removed from the United States to Mexico.

IT IS SO ORDERED this **31** day of **July**, 2017.

_____
JAMES C. DEVER III
Chief United States District Judge